ERIC GRANT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4019
Email: Jeffrey.Lodge@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendants. | Case No. 1:25-cv-00515-JLT-CDB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

TO THE COURT, PLEASE TAKE NOTICE:

Plaintiff Esmeralda Perez and Defendant United States of America, by and through their undersigned counsel, jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(2), that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: May 11, 2026

ERIC GRANT
United States Attorney

JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for Federal Defendants

STIPULATION FOR DISMISSAL WITH PREJUDICE                    1

Dated: May 20, 2026                    RODRIGUEZ & ASSOCIATES

                                       (As authorized 05/20/2026)

                                       BLAINE MUSTOE
                                       Attorney for Plaintiff, ESMERALDA PEREZ

## [~~PROPOSED~~] ORDER

## GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

The Court has reviewed the Parties' stipulation, by and among Plaintiff, ESMERALDA PEREZ and Defendant, UNITED STATES OF AMERICA, through their respective attorneys of record, and issues the following Order:

1. The case is dismissed with prejudice.

2. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

   Dated:  **May 20, 2026**

                                       UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE          2